```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 45024
   SHERRELL MOSLEY
                                             CHAPTER 13

                                             JUDGE: A BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-7029


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 12/07/2004 and was confirmed 02/15/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  15.41% from remaining funds.

     The case was dismissed after confirmation 01/29/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------
ALAN A VOGEL             CURRENT MORTG        .00            .00            .00
ALAN A VOGEL             MORTGAGE ARRE     720.00            .00         720.00
CAR TOWN INC             UNSECURED        1614.12            .00         139.37
CITIFINANCIAL MORTGAGE C CURRENT MORTG        .00            .00            .00
CITIFINANCIAL MORTGAGE C MORTGAGE ARRE    1353.11            .00        1353.11
WHEELS OF CHICAGO        SECURED NOT I        .00            .00            .00
DOMINIC MASCATO          UNSECURED      NOT FILED            .00            .00
BALLY TOTAL FITNESS      UNSECURED        3242.20            .00         279.95
CHECK N GO               UNSECURED      NOT FILED            .00            .00
INSTANT CASH ADVANCE     UNSECURED      NOT FILED            .00            .00
MCI WORLD COM            UNSECURED      NOT FILED            .00            .00
PDL FINANCIAL SERVICES   UNSECURED      NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED         829.66            .00          71.64
AT & T BANKRUPCTY        FILED LATE        387.26            .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     2,499.00                       2,227.60
TOM VAUGHN               TRUSTEE                                          266.64
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                   5,058.31

PRIORITY                                           .00
SECURED                                       2,073.11
UNSECURED                                       490.96
ADMINISTRATIVE                                2,227.60
TRUSTEE COMPENSATION                            266.64
DEBTOR REFUND                                      .00
                         ---------------     ---------------
TOTALS                    5,058.31            5,058.31

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 45024 SHERRELL MOSLEY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 45024 SHERRELL MOSLEY